UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,

          Plaintiff,

    -v-

WILLIAM J. ERBE CO., INC. et al,

          Defendant.

------------------------------------------------------------------X

22-cv-00375 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/31/2023

LEWIS J. LIMAN, United States District Judge:

    The parties filed a stipulation of voluntary dismissal of this matter on December 12, 2022. Dkt. No. 16. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: March 31, 2023
       New York, New York

                                                  LEWIS J. LIMAN
                                          United States District Judge